**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **KEITH A. WOODS,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | §   Civil Action No. 3:08-CV-1670-D |
| | § |
| **UNITED STATES GOVERNMENT** | § |
| | § |
| **Defendant.** | § |

ORDER

After reviewing all relevant matters of record in this case, including the November 9, 2009 findings, conclusions, and recommendation of the United States Magistrate Judge and plaintiff's November 20, 2009 objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Accordingly, plaintiff's September 21, 2009 motion for summary judgment is denied.

**SO ORDERED**.

November 24, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE