**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **KEITH A. WOODS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 3:08-CV-1670-D |
| § | |
| **UNITED STATES GOVERNMENT** § | |
| § | |
| **Defendant.** § | |

ORDER

After reviewing all relevant matters of record in this case, including the February 4, 2010 findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Accordingly, plaintiff's December 9, 2009 motion not to use expert testimony is denied, and defendant's December 11, 2009 motion for summary judgment is granted. This action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

March 8, 2010

_____
SIDNEY A. FITZWATER
CHIEF JUDGE